[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Renee Burnett )
Plaintiff )
)
v. )
Restaurant Depot LLC )
Shantrice Anderson )
Defendant )
James & fannon )
Yvette R. Ayala Hernandez )
Jaime Ramirez

**United States District Court**
**Northern District of Illinois**

23cv14369
Judge Valderrama
Magistrate Judge Cummings
Randomly Assigned CAT 2

**RECEIVED**

**COMPLAINT**

OCT -2 2023 JB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

First off I Renee Burnett was fired for asking for six feet when the Covid was present on March 26 2021 over the phone. But the company said I was terminated for insurbornation. I Renee Burnett being in a union the claims was unfound. So on Nov 22, 2021 I Renee Burnett return to work for the same company supposely without retailiation, I Renee Burnett filed a charge with Human Rights in March of 2021 for Discrimination Because I was fired for asking for six feet when the Covid was agressive I Renee Burnett have COPD. I Renee Burnett was assaulted by a customer also a supervisor push a cart in my stomach I Renee have a hernia now and wasn't anything done about it because of they race so upon my return for company, I have been retailiated against because of this Notice of Right to Sue. Shantrice Anderson was the Cash Room Manager when I started in December of 2019 Shantrice was mention in the Human Rights charge, because Shantrice accuse I Renee of stealing a five hundred dollar check Also lied, and stated she reimburst I Renee for steel toe boots we must have on the job

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

In which Shantrice did not. The Company also lied to Human Right about I Ranee did not meet Job performance. I return to work Nov 22, 2021. The Company lied about the number of employees. Shantrice Anderson wrote a false statement on I Ranee that was unfound. I Ranee was fired over the phone again for a 400 dollar error I was told I Ranee was suspended on July 11 2023 fired on July 26 2023. But other co-worker error they race larger then I Renee but they are still employed. And that was Shantrice error but the Company put it on I Ranee. Also upon I Ranee return I Ranee have been called a nigga from one of the Company customer and two Branch Managers Jamie Ramirez and Yvette R Ayala Hernandez and all I Ranee receive was a Apology letter from Human Resources Kavir Singh. But when African American called they self nigga they was fired. Last but not least The Branch Manager Carlos Alba was fired for Sexuall Harrassment

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Renee Burnett )
_____ )
_____ )
_____ ) CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
 )
    v. )
Restaurant Depot LLC ) NO. 21B-2021-01017
JAMES G fonn,n )
Shantrice Anderson )
JAIME RAMIREZ )
(Name of the defendant or defendants) )
Yvette R. Ayala Hernandez

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Renee Burnett of the
county of Cook in the state of Illinois.

3. The defendant is Restaurant Depot LLC. JAMES G Fannon, whose
street address is P.O Box 706,
(city) Lithia (county) Cook (state) FL (ZIP) 33547
(Defendant's telephone number) (815-654-8677 or 718-559-4208

4. The plaintiff sought employment or was employed by the defendant at (street address)
1030 W. DIVISION (city) Chicago
(county) COOK (state) IL (ZIP code) 60642

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.  The plaintiff [*check one box*]

    (a) ☐   was denied employment by the defendant.

    (b) ☐   was hired and is still employed by the defendant.

    (c) ☒   was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about,
    (month) $\underline{06}$ , (day) $\underline{05}$ , (year) $\underline{2020}$.

### 7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a) The defendant is not a federal governmental agency, and the plaintiff [*check*

*one box*] ☐ *has not*  filed a charge or charges against the defendant
          ☐ *has*

asserting the acts of discrimination indicated in this complaint with any of the following
government agencies:

(i) ☐ the United States Equal Employment Opportunity Commission, on or about

(month)_____ (day)_____ (year)_____.

(ii) ☒ the Illinois Department of Human Rights, on or about

(month)_____ (day)_____ (year)_____.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois
Department of Human Rights to cross-file with the other agency all charges received. The
plaintiff has no reason to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the
defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐    Yes (month)_____ (day)_____ (year) _____

☐    No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

(c)    Attached is a copy of the

    (i)  Complaint of Employment Discrimination,

    ☐ YES    ☐ NO, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

    ☐ YES    ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

.    (a)☐    the United States Equal Employment Opportunity Commission has not issued

    a *Notice of Right to Sue.*

(b)☑    the United States Equal Employment Opportunity Commission has issued a

    *Notice of Right to Sue*, which was received by the plaintiff on
    (month) 08_____ (day) 01_____ (year) 2023____ a copy of which
    *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a)☐    Age (Age Discrimination Employment Act).

(b)☒    Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c)☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e)☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f)☐ Religion (Title VII of the Civil Rights Act of 1964)

(g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a)☐ failed to hire the plaintiff.

(b)☒ terminated the plaintiff's employment.

(c)☐ failed to promote the plaintiff.

(d)☐ failed to reasonably accommodate the plaintiff's religion.

(e)☒ failed to reasonably accommodate the plaintiff's disabilities.

(f)☒ failed to stop harassment;

(g)☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h)☐ other (specify): _____

_____

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.     The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

_____

_____

14.     [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully
        discriminated against the plaintiff.

15.     The plaintiff demands that the case be tried by a jury. ☒ YES     ☐ NO

16.     THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff
        [*check only those that apply*]

(a)☐        Direct the defendant to hire the plaintiff.

(b)☒        Direct the defendant to re-employ the plaintiff.

(c)☐        Direct the defendant to promote the plaintiff.

(d)☐        Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)☒        Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)☐        Direct the defendant to (specify): _____

_____

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

(g) ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐  Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

Renie Burnett

(Plaintiff's name)

Renee Burnett

(Plaintiff's street address)

851 N. Richmond St BSM

_____

(City) Chicago  (State) IL  (ZIP) 60622

(Plaintiff's telephone number) (773) – 844 -6985

Date: _____

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]